Alexander C. HATZIS, Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 04–3080.

United States Court of Appeals,
Federal Circuit.

Nov. 5, 2004.

Before MAYER, Chief Judge,
PLAGER, Senior Circuit Judge, and
PROST, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.